

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SHLOMIT AROUBAS<br>MAURICE L. HUDSON<br>*Assistant Corporation Counsel*<br>(212) 442-2715<br>(212) 788-8684<br>fax: (212) 788-9776<br>saroubas@law.nyc.gov<br>mhudson@law.nyc.gov |

April 22, 2008

**BY ECF**
Honorable Nina Gershon
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>Cecil O. Harvey a/k/a David Grant v. City of New York, et al.</u>
             07 CV 0343 (NG)(LB)

Your Honor:

        Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

        We thank the Court for its time and attention to this request.

                                      Respectfully submitted,

                                      /s/

                                      Maurice L. Hudson
                                      Shlomit Aroubas
                                      Assistant Corporation Counsel

cc: <u>BY ECF</u>
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

<u>BY ECF</u>
Nancy B. Morawetz, Esq.
Ms. Elisa Wellek
Ms. Laura Trice
*Attorneys for Plaintiff*
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CECIL O. HARVEY a/k/a DAVID GRANT,

                              Plaintiff,

        -against-

CITY OF NEW YORK; WARDEN JOHN DOE, Rikers Island; DEPUTY WARDEN JOHN DOE, Otis Bantum Correctional Center; MOVEMENT CAPTAIN JOHN DOE, Otis Bantum Correctional Center; DEPUTY WARDEN JOHN DOE, North Infirmary Command West Facility; MOVEMENT CAPTAIN JOHN DOE, North Infirmary Command West Facility; DEPUTY WARDEN JOHN DOE, George Motchan Detention Center; MOVEMENT CAPTAIN JOHN DOE, George Motchan Detention Center,

                              Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 0343 (NG)(LB)

**WHEREAS,** plaintiff CECIL HARVEY commenced this action *pro se* by filing a complaint on or about December 26, 2006, alleging, *inter alia*, that defendants violated his federal civil rights; and

**WHEREAS,** plaintiff was directed by the Court to file an amended complaint, which was filed *pro se* on or about January 16, 2007; and

**WHEREAS,** plaintiff filed *pro se* two more amended complaints, on or about August 31, 2007, and May 9, 2008, respectively; and

**WHEREAS,** plaintiff retained counsel and filed a final amended complaint on or about October 30, 2008; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS**, plaintiff has authorized his counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff CECIL HARVEY the total sum of ONE HUNDRED FORTY-FIVE THOUSAND DOLLARS ($145,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the defendants, including, but not limited to, CITY OF NEW YORK; WARDEN JOHN DOE, Rikers Island; DEPUTY WARDEN JOHN DOE, Otis Bantum Correctional Center; MOVEMENT CAPTAIN JOHN DOE, Otis Bantum Correctional Center; DEPUTY WARDEN JOHN DOE, North Infirmary Command West Facility; MOVEMENT CAPTAIN JOHN DOE, North Infirmary Command West Facility; DEPUTY WARDEN JOHN DOE, George Motchan Detention Center; MOVEMENT CAPTAIN JOHN DOE, George Motchan Detention Center, any individuals identified in plaintiff's original complaint and the subsequent amendments thereto, their successors or assigns, and to release the defendants and any present or former officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens or an Affidavit Concerning Liens, whichever applies.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United

States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Department of Correction.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       4/20           , 2009

| | |
|---|---|
| Washington Square Legal Services, Inc.<br>Nancy Morawetz, Esq.<br>Alisa Wellek, Legal Intern<br>Laura Trice, Legal Intern<br>*Attorneys for Plaintiff*<br>245 Sullivan Street, 5th Floor<br>New York, New York 10012 | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants*<br>100 Church Street—Room 3-209<br>New York, New York 10007<br>(212) 788-8684 |
| By: _____  4/16/2009<br>    Nancy Morawetz, Esq.<br>    Attorney for Plaintiff | By: _____<br>    Maurice L. Hudson<br>    Assistant Corporation Counsel |

SO ORDERED:

_____
Honorable Nina Gershon
United States District Judge